IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-BNB

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
MOFFAT COUNTY PUBLIC SAFETY CENTER,
SHERIFF TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
               CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Andy Eugene Seltzer is an inmate at the Mesa County Jail in Grand Junction, Colorado. Mr. Seltzer initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights were violated while he was housed at the Moffat County Jail in Craig, Colorado. In an order filed on August 14, 2007, Magistrate Judge Craig B. Shaffer ordered Mr. Seltzer to file an amended complaint that clarifies who he intends to sue in this action and that sets forth specific facts to demonstrate how each named Defendant personally participated in the alleged constitutional violations. On August 30, 2007, Mr. Seltzer filed an amended Prisoner Complaint.

Pursuant to 28 U.S.C. § 1915A, the Court is required to review the amended complaint because Mr. Seltzer is a prisoner and he is seeking redress from an officer or

employee of a governmental entity. Pursuant to § 1915A(b), the Court is required to dismiss the amended complaint, or any portion of the amended complaint, that is legally frivolous. A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or in which he asserts facts that do not support an arguable claim. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989). For the reasons stated below, the Court will dismiss the amended complaint in part as legally frivolous pursuant to § 1915A(b).

The Court must construe the amended complaint liberally because Mr. Seltzer is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the amended complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be the *pro se* litigant's advocate. *See id.*

Mr. Seltzer contends that he was assaulted by another inmate at the Moffat County Jail and that he suffered permanent injuries as a result of that assault. He claims that he was assaulted because pretrial detainees are housed together with convicted inmates at the Moffat County Jail. He apparently asserts his claims in this action pursuant to 42 U.S.C. § 1983. The named Defendants are the Moffat County Sheriff's Department, Moffat County Sheriff Tim J. Jantz, Lieutenant Dean Herndon who is in charge of housing at the Moffat County Jail, and the Moffat County Public Safety Center.

The Defendant named as the Moffat County Public Safety Center will be dismissed as a party to this action. As Magistrate Judge Shaffer explained to Mr. Seltzer in the order directing him to file an amended complaint, § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Mr. Seltzer asserts that the Moffat County Public Safety Center is the official name of the Moffat County Jail. The Moffat County Public Safety Center is not a person subject to suit pursuant to § 1983 and will be dismissed as a party to this action.

The Court will not address at this time the merits of Mr. Seltzer's claims against the remaining Defendants. Instead, this action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the claims asserted against the Defendant named as Moffat County Public Safety Center are dismissed pursuant to 28 U.S.C. § 1915A(b) as legally frivolous. It is

FURTHER ORDERED that the Defendant named as Moffat County Public Safety Center is dismissed as a party to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 18 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01539-BNB

Andy Eugene Seltzer
Prisoner No. 66734
Mesa County Jail
PO Box 20,000 - 5017
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-19-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk