IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-EWN-MEH

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SHERIFF TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 25, 2007

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01539-EWN-MEH

Andy Eugene Seltzer
Prisoner No. 66734
Mesa County Jail
PO Box 20,000 - 5017
Grand Junction, CO 81502

US Marshal Service
Service Clerk
Service forms for: Moffat County Sheriff Department,
Sheriff Tim J. Jantz, and Lt. Dean Herndon

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Moffat County Sheriff Department, Sheriff Tim J. Jantz, and Lt. Dean Herndon: AMENDED COMPLAINT FILED 8/30/07, ORDER FILED 9/19/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/25/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk