IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-EWN-MEH

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2007.**

    Plaintiff's Motion to Order U.S. Marshall [sic] to Take Possion [sic] of Vidio [sic] Survailance [sic] of the Moffat County Jail [filed November 21, 2007; doc #23] is **denied**. The Motion is in the nature of a motion to compel production of documents or other tangible things. Plaintiff provides no indication that he requested this information from the Defendants and was denied, nor does he provide any certification under the Local Rules of this Court that he conferred with the Defendants' counsel prior to filing the Motion. The schedule for the parties' requests for discovery will be discussed at the Preliminary Scheduling/Status Conference scheduled for December 18, 2007 at 9:30 a.m. in this matter.