IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-EWN-MEH

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2007.**

    Plaintiff's Motion for Stay of Payment for Civil Suit [filed November 21, 2007; doc #24] is construed by this Court as a response to the Order to Show Cause [doc #2] for his failure to make a monthly payment in October 2007. The Court **grants** the Motion and discharges the Order for the month of October 2007. In the future, the Plaintiff is directed to file a "Statement" or "Response to the Order to Show Cause [doc #2]" if the Plaintiff needs to explain his inability to make a monthly payment toward the filing fee.