IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01539-EWN-KMT

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff's Motion for Extension of Time Pursuant to C.R.C.P. Rule(6)(B)(1)" (#45, filed February 4, 2008), and the "Motion to Answer Motion for Time Extension" (#49, filed February 28, 2008) are DENIED. The discovery cut-off and dispositive motions deadlines are set at April 18, 2008 and May 18, 2008, respectively. Plaintiff is reminded of his duty to serve opposing counsel with anything filed with the court under Fed. R. Civ. P. 5.

Dated: March 4, 2008