IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01539-EWN-KMT

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant's Motion for Extension of Deadlines and Proposed Order" (#61, filed April 18, 2008) is GRANTED. The discovery cut-off date is extended to June 2, 2008 and the date by which dispositive motions shall be filed is July 2, 2008.

Dated: April 22, 2008