IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       Magistrate Judge Kathleen M. Tafoya

Civil Action No.  07-cv-01539-EWN-KMT          FTR

Date:  May 05, 2008                             Debra Brown, Deputy Clerk

ANDY EUGENE SELTZER                             Pro se (Telephone)

                    Plaintiffs.

v.

MOFFAT COUNTY SHERIFF'S DEPARTMENT              Joseph Patrick Sanchez

                    Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session: 10:02 a.m.**

Court calls case.  Appearance by Andy Seltzer, plaintiff, pro se and of counsel.

**ORDERED:** [57]  MOTION to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents by Defendants is **GRANTED as specified on the record.**

**ORDERED:** [66]  MOTION For Stay Of Payment by Plaintiff is **DENIED.**

**ORDERED:** [67]  MOTION For A 180 Day Extension by Plaintiff is **GRANTED in part as specified on the record.** Fact Discovery is extended to September 15, 2008; Dispositive Motions Deadline extended to October 15, 2008.

**ORDERED:** [68]  MOTION For Courts [sic] To Send All Filed Documents To Plaintiff So Plaintiff Can Compel With Defendants by Plaintiff is **GRANTED in part as specified on the record.**

**ORDERED:**  **The Clerk's Office is directed to mail to plaintiff** a copy of the docket sheet, together with a copy of documents numbered 3, 7, 8, 15, 21, 22, 23, 24, 26, 27, 28, 33, 34, 35, 39, 45, 49, 5154, 55, 56, 57, 60, 61, 63, 65, 66, 67 and 68.

**PRELIMINARY PRETRIAL CONFERENCE** set for **August 15, 2008 at 9:00 a.m.** in courtroom A-601.
    Valid photo identification is required to enter the courthouse.  The proposed preliminary pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to

Tafoya_Chambers@cod.uscourts.gov five (5) business days prior to the hearing..  <u>In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed preliminary pretrial order."</u>  (See www.cod.uscourts.gov for more information.)

**ORDERED:**   Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in recess : 10:17 a.m**
Total In-Court Time 0:15; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.