IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-EWN-KMT

ANDY EUGENE SELTZER

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

---

**ORDER GRANTING MOTION TO ALLOW DEPOSITION OF PLAINTIFF
ANDY EUGENE SELTZER PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

This matter comes before the Court on Defendants' Motion to Allow Deposition of Plaintiff Andy Eugene Seltzer Pursuant to Fed. R. Civ. P. 30(a)(2) filed July 15, 2008. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Andy Eugene Seltzer on July 30, 2008, at 1:00 p.m. at the Jefferson County Jail.

Dated this 23rd day of July, 2008.

                                              BY THE COURT:

                                              s/ Kathleen M. Tafoya
                                              United States Magistrate Judge