IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01539-EWN-KMT

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

    Defendants.

**ORDER**

    This matter is before the court as a result of plaintiff's failure to appear at the August 18, 2008 Preliminary Pretrial Conference. The court has learned that the plaintiff in this action has been removed from Fremont Correctional Facility and is currently being housed by the United States Marshals Service in the Jefferson County Jail as a pretrial detainee produced on a writ in case number 06-cr-00453-LTB.

    In spite of the court sending Mr. Seltzer numerous documents from the court's files, Mr. Seltzer states that he does not have access to his legal files and materials at the Jefferson County Jail and is not brought forward to appear telephonically when ordered by the court to do so. He has therefore requested an extension of time within which to respond to discovery and to prepare his case. [Doc. No. 83, filed August 4, 2008]

The court has determined that the most expeditious manner of resolving the obstacles faced by Mr. Seltzer is to have him brought to court where all the issues can be discussed with opposing counsel present.

It is therefore ORDERED

The United States Marshals Service will bring forth plaintiff Andy Eugene Seltzer, currently in their custody, to appear before this court in Courtroom No. A-601, on **September 8, 2008 at 9:00 a.m.** for a continued Preliminary Pretrial Conference and for a hearing on "Plaintiff Motion for Second Time Extension for Another 180 Days" [Doc. No. 83].

Dated this 21st day of August, 2008.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge