IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01539-EWN-KMT | FTR |
| Date: September 08, 2008 | Debra Brown, Deputy Clerk |
| ANDY EUGENE SELTZER | Pro se (Writ) |
| | Virginia Grady (Observing) |
| Plaintiff, | |
| v. | |
| MOFFAT COUNTY SHERIFF'S DEPARTMENT | Joseph Patrick Sanchez |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**PRELIMINARY PRETRIAL CONFERENCE**

**Court in session: 8:58 a.m.**

Court calls case. Appearance by Plaintiff, Andy Eugene Seltzer, appearing pro se and of counsel.

Discussion by the Court and the parties regarding the current status of the case and outstanding issues.

The Court states that the name and address for the treating ophthalmologist is Dr. Kumar, Denver eye Surgery Center, 13772 Denver West Parkway, Building 55, Suite 100, Lakewood (sic), Golden, Colorado 80401.

**ORDERED:** [92] Plaintiff's MOTION to Compell [sic] to the Defendants for First Set of Interrogatories and Request for Production of Documents Pitcures [sic] and Vidio [sic] Surveilance to the Courts by Plaintiff is **DENIED as moot.**

**ORDERED:** Plaintiff's Motion: to Order Defendants to Disclose The Information That the Plaintiff Requested In First Set of Interrogatories and Requests for production of Document - Pitcures (sic) and Vidio (sic) Survetllavce (sic) is **ACCEPTED for filing.** Plaintiff shall have up to and including **September 18, 2008** to file an Amended Motion. Defendants shall have twenty (20) days to respond, Plaintiff shall have ten (10) days to reply.

**ORDERED:** Plaintiff's document titled "Witness List Up Date" which is actually a supplement to the document [#91] is **ACCEPTED** for filing.

**ORDERED:** The Discovery cut-off is extended to **October 06, 2008 solely for the purpose of allowing time for Defendant to respond to Plaintiff's 2nd Set of Interrogatories and Requests for Admission and requests for Production of documents. No further discovery requests will be allowed from either party.**

**ORDERED:** Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in Recess: 9:34 a.m.**
Total In-Court Time 0:36; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.