IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01539-EWN-KMT

ANDY EUGENE SELTZER,

      Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
SERIFF [sic] TIM J. JANTZ, and
LIEUTENANT DEAN HERNDON,

      Defendants.

---

**ORDER**

---

This matter is before the court with respect to the preparation and filing of a Preliminary

Pretrial Order.  This matter was discussed at the hearing on September 8, 2008 and the court

opined that a further combined draft of a proposed Preliminary Pretrial Order would not be

productive.  The court has reconsidered this issue and has determined that entry of a Preliminary

Pretrial Order in this case is required.

Therefore, it is **ORDERED**:

1.      Counsel for defendants will prepare a proposed Preliminary Pretrial Order

incorporating the contents of Plaintiff's Doc. No. 91, "Plaintiff's Response to Defendants

Preliminary Pretrial Order," with the information previously submitted by Defendants in their

"Preliminary Pretrial Order" [Doc. No. 85, filed August 8, 2008]. That new proposed

Preliminary Pretrial Order will be submitted for review to plaintiff **on or before September 29,**

**2008.**

2. **On or before October 15, 2008,** the plaintiff will notify counsel for the

defendant if there are any changes or corrections to the plaintiff's portion of the proposed

Preliminary Pretrial Order. Plaintiff is not permitted to request changes to any portions of the

proposed Preliminary Pretrial Order which concern Defendants' portion of the proposed Order.

3. If counsel for Defendants does not receive further information or requests from

Plaintiff as Ordered herein, the proposed Preliminary Pretrial Order shall be filed as re-drafted

forthwith. If the plaintiff does submit requested changes, counsel for Defendants will make the

amendments requested by the plaintiff and file the proposed Preliminary Pretrial Order **on or**

**before October 24, 2008.**

Dated this 9th day of September, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge