IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01539-PAB-KMT

ANDY EUGENE SELTZER,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF DEPARTMENT,
TIMOTHY J. JANTZ, AND
DEAN HERNDON,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Joint Stipulation for Dismissal with Prejudice (Docket No. 119) is granted. It is further

**ORDERED** that this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

DATED this 13th day of November, 2008.

                                                BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge